**Electronically Filed
Supreme Court
SCWC-16-0000146
09-OCT-2018
01:08 PM**

SCWC-16-0000146

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

DIXON KODAMA, JR.,
Petitioner/Petitioner-Appellant,

vs.

ADMINISTRATIVE DIRECTOR OF THE COURTS, STATE OF HAWAI'I,
Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000146; CASE NO. 1DAA-15-0006)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Petitioner-Appellant Dixon Kodama, Jr.'s

application for writ of certiorari filed on August 27, 2018, is

hereby rejected.

DATED:  Honolulu, Hawai'i, October 9, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

